UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION FILE NO. 7:22-cv-192

| | |
|---|---|
| NEAL SHULMAN, )<br>)<br>            Plaintiff, )<br>)<br>   v. )<br>)<br>JULIA OLSON-BOSEMAN, NEW )<br>HANOVER COUNTY COMMISSION )<br>CHAIRWOMAN; DEB HAYS, VICE )<br>CHAIRPERSON [NEW] HANOVER )<br>COUNTY COMMISSION; BILL )<br>RIVENBARK, COMMISSIONER, NEW )<br>HANOVER COUNTY COMMISSION; )<br>ROB ZAPPLE, COMMISSONER, NEW )<br>HANOVER COUNTY COMMISSION; )<br>WANDA COPLEY, NEW HANOVER )<br>COUNTY ATTORNEY; and )<br>CHRISTOPHER COUDRIET, NEW )<br>HANOVER COUNTY MANAGER, )<br>)<br>          Defendants. ) | **ORDER** |

THIS CAUSE is before the Court of Defendants' Joint Motion for Leave to manually file "Exhibit B" of Plaintiff's Complaint, in connection with Defendants' Notice of Removal, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Section V(A)(2)(b) of the Electronic Case Filing Administrative Policies and Procedures Manual. Based upon the matters and arguments submitted by counsel, it appears to the undersigned that Defendants' Motion should be granted.

IT IS THEREFORE ORDERED that Defendants shall have leave to manually file a data storage device containing Exhibit B of Plaintiff Complaint, as referenced in Defendants' Joint Motion for Leave.

Entered this the __ day of _____, 2022.

_____
**UNITED STATES DISTRICT COURT JUDGE**