UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION FILE NO. 7:22-cv-192

| | |
|---|---|
| NEAL SHULMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JULIA OLSON-BOSEMAN, NEW ) | |
| HANOVER COUNTY COMMISSION ) | **ORDER** |
| CHAIRWOMAN; DEB HAYS, VICE ) | |
| CHAIRPERSON [NEW] HANOVER ) | |
| COUNTY COMMISSION; BILL ) | |
| RIVENBARK, COMMISSIONER, NEW ) | |
| HANOVER COUNTY COMMISSION; ) | |
| ROB ZAPPLE, COMMISSONER, NEW ) | |
| HANOVER COUNTY COMMISSION; ) | |
| WANDA COPLEY, NEW HANOVER ) | |
| COUNTY ATTORNEY; and ) | |
| CHRISTOPHER COUDRIET, NEW ) | |
| HANOVER COUNTY MANAGER, ) | |
| ) | |
| Defendants. ) | |

THIS CAUSE is before the Court of Defendants' joint motion of extension of time in which to plead, or otherwise respond, to Plaintiff's Complaint, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, where time has not already expired. Upon consideration thereof, it appears unto the Court that the motion should be allowed.

IT IS THEREFORE ORDERED that Defendants' time to plead, or otherwise respond to the Complaint, is extended up to, and including, Friday, December 30, 2022.

Entered this the 15th day of November, 2022.

/s/ Peter A. Moore, Jr.
Peter A. Moore, Jr.
Clerk of Court