UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO. 7:22-cv-192-D-BM

| | |
|---|---|
| NEAL SHULMAN, | |
| Plaintiff, | |
| v. | **DEFENDANTS' JOINT MOTION TO DISMISS IN LIEU OF AN ANSWER** |
| JULIA OLSON-BOSEMAN, NEW HANOVER COUNTY COMMISSION CHAIRWOMAN; DEB HAYS, VICE CHAIRPERSON [NEW] HANOVER COUNTY COMMISSION; BILL RIVENBARK, COMMISSIONER, NEW HANOVER COUNTY COMMISSION; ROB ZAPPLE, COMMISSONER, NEW HANOVER COUNTY COMMISSION; WANDA COPLEY, NEW HANOVER COUNTY ATTORNEY; and CHRISTOPHER COUDRIET, NEW HANOVER COUNTY MANAGER, | **(Fed. R. Civ. P. 12(b)(6))** |
| Defendants. | |

NOW COME Defendants Julia Olson-Boseman, Deb Hays, Bill Rivenbark, Rob Zapple, Wanda Copley, and Christopher Coudriet (hereinafter collectively "Defendants"), by and through the undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby move the Court for an order dismissing the claims against them.

In support of this motion, Defendants respectfully submit that the Complaint fails to state a claim upon which any relief may be granted. By way of further support, Defendants respectfully direct the Court to their supporting memorandum of law, filed contemporaneously herewith.

WHEREFORE, Defendants move the Court for an order dismissing the claims against them pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 29th day of December, 2022.

                                                              SUMRELL SUGG, P.A.
                                                              *Attorneys for Defendants*

                                  BY:    /s/Frederick H. Bailey, III
                                                        State Bar No. 36603
                                                        Email:  fbailey@nclawyers.com
                                                        416 Pollock Street
                                                        Post Office Drawer 889
                                                         New Bern, North Carolina 28563
                                                        Telephone: (252) 633-3131
                                                         Facsimile: (252) 633-3507

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANTS' JOINT MOTION TO DISMISS IN LIEU OF AN ANSWER** was served upon all parties of record by depositing the same in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina, and addressed to:

> Richard P. Theokas, Esq.
> THEOKAS LAW FIRM, PC
> Post Office Box 3971
> Wilmington, North Carolina 28406
> Telephone: (704) 419-9365
> *Attorney for Plaintiff*

This the 29th day of December, 2022.

> SUMRELL SUGG, P.A.
> *Attorneys for Defendants*
>
> BY: /s/Frederick H. Bailey, III
> State Bar No. 36603
> Post Office Drawer 889
> New Bern, North Carolina 28563
> Telephone: (252) 633-3131
> Fax: (252) 633-3507
> E-Mail: fbailey@nclawyers.com