# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina ▼

| | |
|---|---|
| NEAL SHULMAN | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 7:22-CV-192-D-BM |
| JULIA OLSON-BOSEMAN ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, NEAL SHULMAN

Date: 11/18/2022

*Attorney's signature*

Richard P. Theokas 40802
*Printed name and bar number*

PO Box 3971, Wilmington, NC 28406

*Address*

rptjdlaw@gmail.com
*E-mail address*

(704) 419-9365
*Telephone number*

(704) 259-0432
*FAX number*