UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO. 7:22-CV-192-D-BM

| | | |
|---|---|---|
| NEAL SHULMAN | ) | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff | ) | WITHOUT PREJUDICE |
| V. | ) | |
| JULIA OLSON-BOSEMAN, NEW | ) | |
| HANOVER COUNTY COMMISSION | ) | |
| CHAIRWOMAN; ET AL. | ) | |
| Defendants | ) | |

Plaintiff, through undersigned counsel of record and pursuant to Rule 41(a)(1)(A)(i) of

the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety

without prejudice .

Dated: February 20, 2023.

THEOKAS LAW FIRM, PC

Richard P. Theokas
Attorney for Plaintiff
Theokas Law Firm, PC
PO Box 3971
Wilmington, NC 28406
NC Bar 40802
rptjdlaw@gmail.com
(704) 419-9365

Shulman v. Olson-Boseman 7:22-cv-192                    1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

Richard P. Theokas, NC Bar 40802
Theokas Law Firm, PC
PO Box 3971
Wilmington, NC 28406
(704)419-9365
rptjdlaw@gmail.com

Shulman v Olson-Boseman 7:22-cv-192 2